AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Seizure of ) <br> *(Briefly describe the property to be seized)* ) <br> Approximately $58,385.80 in U.S. Currency ) <br> contained in Wells Fargo Account Number ) <br> XXXX5462 in the name of Tanya L. Bosket ) | Case No. 3:24-cr-00402 |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of South Carolina is subject to forfeiture to the United States of America under 18 U.S.C. § 981 and 982 *(describe the property)*:

Approximately $58,385.80 in U.S. Currency contained in Wells Fargo Account Number 2308135462 in the name of Tanya L. Bosket

The application is based on these facts:

See attached affidavit of U.S. Secret Service Special Agent Brian Hunter.

☒ Continued on the attached sheet.

*/s/ Brian Hunter*

Brian Hunter, USSS Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/15/2024

*/s/ Shiva V. Hodges*
*Judge's signature*

City and state: Columbia, South Carolina

U.S. Magistrate Judge Shiva V. Hodges
*Printed name and title*