# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Approximately $58,385.80 in U.S. Currency ) Case No. 3:24-cr-00402
contained in Wells Fargo Account Number )
XXXX5462 in the name of Tanya L. Bosket )
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____South Carolina_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Approximately $58,385.80 in U.S. Currency contained in Wells Fargo Account Number 2308135462 in the name of Tanya L. Bosket

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____05/29/2024_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to _____U.S. Magistrate Judge Shiva V. Hodges_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____05/15/2024 10:23 am_____            *[signature]*
                                                                                                   *Judge's signature*

City and state: _____Columbia, South Carolina_____            United States Magistrate Judge Shiva V. Hodges
                                                                                                   *Printed name and title*